**Order entered March 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00990-CR
No. 05-17-00991-CR
No. 05-17-00992-CR

**GERARD MONTRELL PERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-11984-K, F16-11985-K, F16-11986-K**

## ORDER

Before the Court is appellant's February 27, 2018 motion for removal of counsel. Appellant's motion is **DENIED AS PREMATURE**.

Appellant's counsel has filed a motion to withdraw as counsel and a supporting *Anders* brief in which counsel contends appellant's appeals lack merit. The Court will order the trial court to appoint new counsel only if the Court's pending review reveals the existence of an arguable issue for appeal.

Appellant's motion explains appellant's reasoning for believing new counsel should be appointed. Unless appellant files a timely pro se response, the Court will treat appellant's motion as his pro se response.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to counsel for the parties. We further **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Gerard Montrell Perry; Denton County Jail #201171; BIN 561128; 127 N. Woodrow Lane, #300; Denton, Texas 76205.

/s/    LANA MYERS
        JUSTICE